# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (THE HON. RUTH BERMUDEZ MONTENEGRO)

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>              **Plaintiff,**<br>**v.**<br><br>**MANUEL VAZQUEZ-LUNA (1),**<br>**and**<br>**FERNANDA CABRERA**<br>**GONZALEZ (2),**<br>              **Defendant** | **Case No.: 22cr2085-RBM**<br><br>**ORDER** |

**Upon Good Cause Shown,**

**It is ORDERED** that that the Motion Hearing date in this case be continued from October 7, 2022, at 9:00 a.m. to October 28, 2022, at 9:00 a.m.

**It is also ORDERED** that the time between October 7, 2022, and October 28, 2022, be tolled for Speedy Trial purposes.

**Dated:**   10/5/2022

The Hon. Ruth Bermudez Montenegro
United States District Court Judge